UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Linda Brandt Doherty

Plaintiff,

vs.

Minnesota Department of Agriculture,

Defendant.

Civil File No. 01-CV-1154 DSD/JMM

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Settlement Agreement and Release ("Agreement") filed with the Court, the Court makes the following:

**ORDER**

1. This federal lawsuit is hereby dismissed with prejudice and on the merits, with Doherty and the Minnesota Department of Agriculture to bear their own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 14, 2002.

BY THE COURT:

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 6-17-02
DEPUTY CLERK